1

2

3

4



5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,          )     Case No.:   2:13-CR-861 JAK

11
                                   )
              Plaintiff,            )     ORDER OF DETENTION PENDING
12                                 )     FURTHER REVOCATION
            v.                     )     PROCEEDINGS
13                                 )     (FED. R. CRIM. P. 32.1(a)(6); 18
Dillon Mansell,                    )     U.S.C. § 3143(a)(1))
14                                 )
              Defendant.            )
15 _____ )

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Central___ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)    The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)    information in the Pretrial Services Report and Recommendation

26              (X)    information in the violation petition and report(s)

27              (X)    the defendant's nonobjection to detention at this time

28              ( )    other: _____

1

1       and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and

3       convincing evidence that he/she is not likely to pose a danger to the

4       safety of any other person or the community if released under 18 U.S.C.

5       § 3142(b) or (c).  This finding is based on the following:

6          (X)     information in the Pretrial Services Report and Recommendation

7          (X)     information in the violation petition and report(s)

8          (X)     the defendant's nonobjection to detention at this time

9          ( )     other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: September 13, 2021

15                                _____
                                     SHERI PYM

16                               United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2